UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. CINQUANTA,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>SHIRLEY WEBER, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 2:22-cv-05383-MCS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1], all documents filed and lodged in this action, Defendant's motion to dismiss the Complaint [Dkt. 15, "Motion"] and the related briefing by the parties [Dkts. 34, 35], the Report and Recommendation of United States Magistrate Judge [Dkt. 37, "Report"], and Plaintiff's Objection to the Report [Dkt. 38]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

　　　　The Court has carefully considered all of the arguments raised in the Objection to the Report. Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report. Accordingly,

1 **IT IS ORDERED** that: the Motion is GRANTED; the Complaint is dismissed
2 without leave to amend; and Judgment shall be entered dismissing this action
3 without prejudice.

5  DATE: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE