JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. CINQUANTA,<br><br>Plaintiff<br><br>v.<br><br>SHIRLEY WEBER, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 2:22-cv-05383-MCS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE